

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JESSICA OCHOA**
*Senior Counsel*
phone: (212) 356-3159
jochoa@law.nyc.gov

March 31, 2026

**VIA ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:     Khalil v. The City of New York, et al.
        25-CV-2344 (LDH)(LKE)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for Defendants the City of New York, Lt. Aheisha Grant, and Cpt. John Dasaro in the above captioned matter. Defendants respectfully request that a representative from the Comptroller's Office be permitted to attend the April 6, 2026 settlement conference via telephone. Plaintiff consents to this request.

        Pursuant to Your Honor's rules Defendants ask that the representative from the Comptroller's Office be permitted to be available by telephone rather than in person. The Comptroller's Office only has a handful of representatives who handle all settlement approvals. A Comptroller representative is familiar with the facts of the matter and will be available by telephone, if necessary. As such, in the interest of conserving the resources of the Comptroller's Office, the City respectfully requests that the Comptroller's representative be permitted to attend the settlement conference via telephone

        Defendants thank the Court for its time and consideration of this matter.

                                        Respectfully submitted,

                                        /s/ Jessica M. Ochoa

                                        Jessica Ochoa
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

cc:    **<u>BY ECF</u>**
        Tahanie A. Aboushi
        Aymen A Aboushi
        *Counsel for Plaintiff*